Wayne H. Maire, State Bar No. 88850
Patrick L. Deedon, State Bar No.: 245490
Michael J. Makdisi, State Bar No. 257149
**MAIRE & DEEDON**
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)

Attorney(s) for Defendants

FILED

JUN 2 8 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT MICHAEL SCHARRINGHAUSEN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF TRINITY,<br>SGT. CHRISTOPHER COMPTON,<br>CPL. OMAR BROWN,<br>CPL. RON HANOVER,<br>SGT. MIKE RIST,<br>(All Officers Serving on the Trinity County Narcotics Task Force),<br>TRINITY COUNTY DISTRICT ATTORNEY, ERIC HERYFORD, and DOES 1 through 50,<br><br>Defendants.<br>_____/ | CASE NO.:   2:15-cv-00965-JAM-CMK<br><br>[PROPOSED] ORDER ON MOTION FOR ATTORNEY'S FEES |

This motion of Defendants County of Trinity, Sergeant Christopher Compton, Corporal Omar Brown, Corporal Ron Hanover, Sergeant Mike Rist, and Trinity County District Attorney

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

[PROPOSED] ORDER ON MOTION FOR ATTORNEY'S FEES

PAGE 1

Eric Heryford ("**Defendants**") for an award of attorney's fees pursuant to the provisions of 42 U.S.C. 1988 came on for hearing on June 28, 2016 before United States District Judge John A Mendez. Patrick L. Deedon appeared on behalf of Defendants and Larry L. Baumbach appeared for Plaintiff Robert Michael Scharringhausen. Having considered all the papers filed with respect to Defendants' Motion, and having considered all other argument and the entire record in this case:

**IT IS HEREBY ORDERED**:

1) The motion for an award of fees is **GRANTED**;

2) Reasonable attorney's fees in the amount of $8,780.00 [~~17,577.50~~] are taxed as part of the costs in this matter pursuant to 42 U.S.C. § 1988, in favor of the Defendants and against Plaintiff.

3) The clerk shall prepare and enter judgment as set forth in this Order.

Dated: 6-28-2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

[PROPOSED] ORDER ON MOTION FOR ATTORNEY'S FEES

PAGE 2